UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20-cv-00184-RJC

| | |
|---|---|
| SEAN KINAHAN, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) **ORDER** </br> ) </br> COMMISSIONER OF SOCIAL ) </br> SECURITY, ) </br> ) </br> Defendant. ) </br> _____ ) | |

**THIS MATTER** comes before the Court on Defendant's Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). (DE 14). Defendant seeks a judgment reversing its decision and remanding this case for further administrative proceedings. Plaintiff does not oppose Defendant's motion.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for reversal and remand, (DE 14), is **GRANTED** and the Commissioner's decision is **REVERSED** with a remand of the case to the Commissioner for further proceedings.

**IT IS FUTHER ORDERED** that Plaintiff's motion for summary judgment, (DE 12), is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: October 22, 2021

Robert J. Conrad, Jr.
United States District Judge